ACCEPTED
04-15-00267-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/9/2015 2:30:53 PM
KEITH HOTTLE
CLERK

**THE MINERVE LAW FIRM**                                    Attorneys At Law

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/9/2015 2:30:53 PM
KEITH E. HOTTLE
Clerk

115 Saddle Blanket Trail

888-819-1440 Office
888-230-0391 Fax
210-336-5867 Cell
jgminerve@aol.com
www.minervelaw.com

July 9, 2015

COURT REPORTER KAY COUNSELLER
COUNTY COURT AT LAW #3 CIVIL DIVISION
BEXAR COUNTY COURT

    RE:    2015CV00936; Dolores Reynoso v. Loft Concepts, Inc.; County Court At
             Law No. 3, Bexar County, Texas

This law firm represents the Appellants/Defendant, Dolores Reynoso, in the above matter.
James Minerve is the attorney in charge.

Appellants/Defendant appealed this Court's Judgment to the Fourth (4th) Court of
Appeals for the State of Texas on April 20, 2015.

If the Court Reporter has not already done so, this letter serves as our request that the
Court Reporter's Record be transferred to the Fourth (4th) Court of Appeals. If there is a
fee associated with this request, please let me know and we will forward the payment to
you.

Please contact this office at 888-819-1440 with any questions. Thank you for your
assistance.

Sincerely,
Maria Rogers
Legal Assistant

Print this page

# Case # 2015CV00936

## Case Information

| | |
|---|---|
| Location | Bexar County - County Clerk |
| Date Filed | 07/09/2015 02:18:39 PM |
| Case Number | 2015CV00936 |
| Case Description | |
| Assigned to Judge | |
| Attorney | James Minerve |
| Firm Name | Minerve Law Firm |
| Filed By | Maria Rogers |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Minerve Firm Credit Card |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 9841962 |
| Order # | 006000292-0 |

## Request

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Request |
| Filing Description | REQUEST FOR TRANSFER OF COURT REPORTER'S RECORD TO 4TH COURT OF APPEALS |
| Reference Number | DOLORES REYNOSO |
| Comments | |
| Status | Submitting |

## Fees

Court Fee          $0.00

Service Fee         $0.00

**Documents**

*Lead Document*       Letter to Court Requesting Transfer of Court Reporters
Record to COA Dolores Reynoso.pdf